# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-00644 (JMC) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 16, 2023 Scheduling Order, ECF No. 15, and April 9, 2024 Minute Order, Plaintiffs American Civil Liberties Union, *et al.* and Defendants Department of Defense, *et al.* (collectively, "the parties") respectfully submit the instant joint status report.

1.      Plaintiffs' Freedom of Information Act (FOIA) request seeks, *inter alia*, "the Biden administration's rules governing the government's use of lethal force abroad, known as the 'Presidential Policy Memorandum'" and "[a]ny memoranda since January 1, 2016 concerning the president's 'authorities to use force' under domestic and international law, including in particular the asserted authority to use force in 'collective self-defense.'"  Compl., ECF No. 1, ¶ 33.  This FOIA request thus seeks presidential memoranda implicating equities of numerous departments and agencies, as well as the National Security Council (NSC).

2.      Following consultations with other agencies and the NSC, Defendants released a redacted version of the Presidential Policy Memorandum to Plaintiffs on June 30, 2023.

3.      With regard to the remaining aspects of Plaintiffs' FOIA request, all of the defendant agencies have completed their respective searches for potentially responsive

unclassified and classified documents.  Although Defendants have made substantial progress, the Government requires additional time to complete its processing of the responsive materials for release of responsive, non-exempt information.  Because of the nature of the documents at issue, some of the responsive records require additional levels of review.

4.      The Department of State finished processing eleven responsive documents—all of which were withheld in full pursuant to FOIA Exemptions 1, 5, and 6—concluding the Department of State's processing of its records responsive to Plaintiffs' FOIA request.

5.      The Department of Defense has concluded processing all responsive materials, issuing its final release on January 5, 2024.

6.      The Central Intelligence Agency (CIA) completed its review for responsive records and has begun processing responsive records.  The CIA has identified records that will require coordination with other government agencies.

7.      The Office of Information Policy (OIP) within the Department of Justice issued an interim release on February 28, 2024.  OIP is coordinating its processing and review of potentially responsive classified records with other government agencies.

8.      The National Security Division within the Department of Justice continues to coordinate with other government agencies regarding the review and processing of potentially responsive classified records.

9.      The Office of Legal Counsel (OLC) within the Department of Justice has completed its search for responsive, unclassified records; OLC released the responsive, unclassified documents on October 17, 2023.  OLC continues its review of potentially responsive classified materials.

10.     Even though the Court instructed the parties to file joint status reports every 90

days, the parties respectfully propose that they file another joint status report by August 6, 2024.


Dated: June 7, 2024                                    Respectfully submitted,

/s/ Brett Max Kaufman____                              BRIAN M. BOYNTON
Brett Max Kaufman (D.C. Bar No. NY0224)                Principal Deputy Assistant Attorney General
Shaiba Rather (D.C. Bar No. NY0544)
Hina Shamsi (D.C. Bar No. MI0071)                      ELIZABETH J. SHAPIRO
American Civil Liberties Union Foundation              Deputy Director
125 Broad Street—18th Floor
New York, New York 10004
Phone: (212) 549-2500                                  /s/ Stephen M. Elliott
Fax: (212) 549-2654                                    STEPHEN M. ELLIOTT (PA Bar# 203986)
bkaufman@aclu.org                                      Senior Trial Counsel
srather@aclu.org                                       United States Department of Justice
hshamsi@aclu.org                                       Civil Division, Federal Programs Branch
                                                       1100 L St. NW
Counsel for Plaintiffs                                 Washington, D.C. 20005
                                                       Tel:  (202) 353-0889   Fax:  (202) 616-8470
                                                       E-mail:  stephen.m.elliott@usdoj.gov

                                                       Counsel for Defendants