IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-00644 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 16, 2023 Scheduling Order, ECF No. 15, and March 20, 2025 Minute Order, Plaintiffs American Civil Liberties Union, *et al.* and Defendants Department of Defense, *et al.* (collectively, "the parties") respectfully submit the instant joint status report.

1. Plaintiffs' Freedom of Information Act (FOIA) request seeks, *inter alia*, "the Biden administration's rules governing the government's use of lethal force abroad, known as the 'Presidential Policy Memorandum'" and "[a]ny memoranda since January 1, 2016 concerning the president's 'authorities to use force' under domestic and international law, including in particular the asserted authority to use force in 'collective self-defense.'" Compl., ECF No. 1, ¶ 33. This FOIA request thus seeks presidential memoranda implicating equities of numerous departments and agencies, as well as the National Security Council (NSC).

2. Following consultations with other agencies and the NSC, Defendants released a redacted version of the Presidential Policy Memorandum to Plaintiffs on June 30, 2023.

3. With regard to the remaining aspects of Plaintiffs' FOIA request, all of the defendant agencies have completed their respective searches for potentially responsive unclassified and classified documents.

4. The Department of State finished processing eleven responsive documents—all of which were withheld in full pursuant to FOIA Exemptions 1, 5, and 6—concluding the Department of State's processing of its records responsive to Plaintiffs' FOIA request.

5. The Department of Defense has concluded processing all responsive materials, issuing its final release on January 5, 2024.

6. On January 31, 2025, the Central Intelligence Agency (CIA) sent a final response notifying Plaintiffs that it had processed an unspecified number of documents, all of which were withheld in full. The CIA notified Plaintiffs that it had finished processing all responsive documents.

7. The Office of Information Policy (OIP) within the Department of Justice issued an interim release on February 28, 2024. On January 10, 2025, OIP provided its final response to Plaintiffs.

8. The National Security Division (NSD) within the Department of Justice provided its final response to Plaintiffs on February 10, 2025. The NSD notified Plaintiffs that it had finished processing all responsive documents.

9. The Office of Legal Counsel (OLC) within the Department of Justice has completed its search for responsive, unclassified records; OLC released the responsive, unclassified documents on October 17, 2023. OLC provided a partial response as to the responsive classified materials on January 15, 2025. On May 9, 2025, OLC informed Plaintiffs that it completed

processing the four (4) remaining documents, withholding them in full. OLC also notified Plaintiffs that it had finished processing all responsive documents.

10. Defendants have now completed processing their respective documents. In light of this development, the parties respectfully propose that they file another joint status report by July 8, 2025. This approach will afford the parties sufficient time to discuss whether further litigation is warranted, and if additional litigation is necessary, the scope of the issues still in dispute.

Dated: May 9, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

*/s/ Brett Max Kaufman*
Brett Max Kaufman (D.C. Bar No. NY0224)
Hina Shamsi (D.C. Bar No. MI0071)
American Civil Liberties Union Foundation
125 Broad Street—18th Floor
New York, New York 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bkaufman@aclu.org
srather@aclu.org
hshamsi@aclu.org

*Counsel for Plaintiffs*

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT (PA Bar# 203986)
Assistant Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 353-0889   Fax: (202) 616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*